# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

SARAH GUIDRY AND SEAN
GUIDRY, INDIVIDUALLY, AND AS
NATURAL TUTORS OF THEIR
MINOR SON, THEODORE GUIDRY
(M)

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC. D/B/A OUR
LADY OF THE LAKE CHILDREN'S
HOSPITAL, KASEY HAYLEY,
CRNA, LORI MCBRIDE, M.D.,
MATTHEW PORCELLI, M.D., AND
JAMES WOOD, M.D.

NO.   2026 CW 0643

**JULY 27, 2026**

---

In Re:   Sarah Guidry and Sean Guidry, individually and as
Natural Tutors of their Son, Teddy Guidry, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 774034.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Const. Co.,
Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La.
1981) (*per curiam*) are not met.

**HG**
**WEF**

   **Penzato, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT